**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**AARON LE VON JOHNSON,**

|                                          | **Petitioner,** |                          |
|------------------------------------------|-----------------|--------------------------|
| **v.**                                   |                 | **1:05-cv-3026-WSD**     |
| **FRED BURNETTE,**                       |                 |                          |
|                                          | **Respondent.** |                          |

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Scofield [6] on Petitioner's habeas petition challenging his convictions in the Fulton County Superior Court.  Because no objections to the Report and Recommendation have been filed, the Court must conduct a plain error review of the record.  United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), cert. denied, 464 U.S. 1050 (1984).  After careful review, the Court finds no plain error in the Magistrate Judge's factual or legal conclusions.  Accordingly,

**IT IS HEREBY ORDERED** that the Court **ADOPTS AS ITS ORDER** the Magistrate Judge's Report and Recommendation.  Petitioner's habeas petition

is **DISMISSED**.   The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 27th day of February, 2006.

_____

WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE